**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DE'ANGELO MARQUETTE HIGGS,   ) | |
|   ) | |
| Plaintiff,   ) | |
|   ) | |
| v.   ) | No. 4:25-cv-00436-HEA |
|   ) | |
| ANDREW NICOLAY, et al.,   ) | |
|   ) | |
| Defendants.   ) | |

## MEMORANDUM AND ORDER

This matter is before the Court for review pursuant to Rules 4(m) and 55(a) of the Federal Rules of Civil Procedure.  Upon review of the file, the Court notes that there has been no activity in this action since the Court issued its Waiver of Service letter as to Defendants Andrew Nicolay, Richard Schiker, and Andrew Heimburger on December 15, 2025.  *See* Doc. 5.  According to the waiver of service agreement the Court maintains with the St. Louis City Counselor's Office, Defendants should have filed a responsive pleading by February 13, 2026.  *Id.*  The Court will order Plaintiff to file a motion for entry of default pursuant to Rule 55(a) as to Defendants Andrew Nicolay, Richard Schiker, and Andrew Heimburger.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall, within 21 days of the date of this Order, file a motion for entry of default as to Defendants Andrew Nicolay,

Richard Schiker, and Andrew Heimburger.  Failure to comply with this order may result in dismissal of these Defendants without prejudice and without further notice to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Memorandum and Order to the City Counselor's Office, 314 City Hall, St. Louis, Missouri 63103.

Dated this 4th day of  March, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE